File Hashes for IP Address 74.71.3.147

**ISP:** Time Warner Cable
**Physical Location:** New York, NY

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 02/08/2016 03:26:39 | 3C51F17B5DEAC60CFC27949687BDB98FA9A2259C | First Time Lesbian Loving |
| 02/08/2016 03:26:30 | 06AC7448218B6AC5F63B777630398DDCCD763FEC | Rope Priority |
| 02/08/2016 03:25:55 | CB58BA4C0DDD8C4D0AC4499B6518214046A38E6D | Sex and Submission |
| 03/13/2015 01:33:49 | 81EC95CD5299389B06D269AF7B6AC03FCC2C6536 | Cum Worthy |
| 01/22/2015 03:24:43 | ED56EDE5128DF96CAA2FDBE10F597BADD687513A | Love From USA |
| 01/16/2015 18:35:22 | 6451775D4C28E515E39EAE630DDDB0CF15F13606 | The Rich Girl Part #2 |
| 01/02/2015 03:45:30 | 15500239961B397F15EB325A5A6B061481766E9A | First Time |
| 11/01/2014 17:43:13 | B2BE8CED9707899AAF5C35F69A38200723690B60 | Sunset Memories |
| 09/08/2014 22:09:45 | 5FC4E9DEEC4674C3330589667370CCC9E89498B0 | Shes A Spinner |
| 09/08/2014 15:39:35 | BDEBC6312761D8E5223135F25155CE1730D74E5F | Tiffanys Tight Ass |
| 08/29/2014 02:57:50 | 95B4E4CC01E2CBB87C987ADB2216565DD1416C32 | Taste Me |
| 07/24/2014 21:23:05 | 7CB883A141A93B50A6BDB536F4ECDC4AA25C30D1 | Tie Her Up For Me |
| 07/23/2014 19:52:38 | 9B18995FF4BF5957CB9CB3A4E3119A82475181C3 | Cut Once More Please |

**Total Statutory Claims Against Defendant: 13**

EXHIBIT A

SNY321