**Copyrights-In-Suit for IP Address 74.71.3.147**

**ISP:** Time Warner Cable
**Location:** New York, NY

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| First Time Lesbian Loving | PENDING | 10/10/2015 | 10/19/2015 | 02/08/2016 |
| Rope Priority | PA0001895760 | 05/11/2014 | 05/16/2014 | 02/08/2016 |
| Sex and Submission | PA0001882649 | 03/01/2014 | 03/06/2014 | 02/08/2016 |
| Cum Worthy | PA0001936474 | 03/13/2015 | 03/23/2015 | 03/13/2015 |
| Love From USA | PA0001928430 | 01/03/2015 | 01/19/2015 | 01/22/2015 |
| The Rich Girl Part #2 | PA0001762808 | 11/16/2011 | 11/30/2011 | 01/16/2015 |
| First Time | PA0001926092 | 12/13/2014 | 12/29/2014 | 01/02/2015 |
| Sunset Memories | PA0001921296 | 10/31/2014 | 11/06/2014 | 11/01/2014 |
| Shes A Spinner | PA0001914521 | 09/03/2014 | 09/17/2014 | 09/08/2014 |
| Tiffanys Tight Ass | PA0001912772 | 08/30/2014 | 09/17/2014 | 09/08/2014 |
| Taste Me | PA0001912773 | 08/27/2014 | 09/17/2014 | 08/29/2014 |
| Tie Her Up For Me | PA0001906551 | 07/03/2014 | 07/14/2014 | 07/24/2014 |
| Cut Once More Please | PA0001905491 | 07/01/2014 | 07/02/2014 | 07/23/2014 |

**Total Malibu Media, LLC Copyrights Infringed:  13**

EXHIBIT B

SNY321