**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/1/16
```

-----------------------------------------------------------X

MALIBU MEDIA, LLC,

            Plaintiff,

vs.

JOHN DOE subscriber assigned IP address
74.71.3.147,

            Defendant.

-----------------------------------------------------------X

Civil Action No. 1:16-cv-02474-KMW

### PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL

### WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant") through his counsel, Melissa Brabender, Esq. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP Address 74.71.3.147. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

*Granted KMW*

Case is ordered closed on Dec 1, 2016

Dated: November 28, 2016

Respectfully submitted,

By:    /s/ *Jacqueline M. James*
        Jacqueline M. James, Esq. (1845)
        The James Law Firm, PLLC
        445 Hamilton Avenue
        Suite 1102
        White Plains, New York 10601
        T: 914-358-6423

SO ORDERED: 12/1/16

_____
U.S.D.J.

1

F: 914-358-6424
E-mail: jjameslaw@optonline.net
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Jacqueline M. James*
Jacqueline M. James, Esq.

2